# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose A. Diaz aka Jose Ariel Diaz aka Jose Diaz | BK NO. 21-00538 HWV |
| Albanelis Diaz | Chapter 13 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FirstBank and index same on the master mailing list.

    Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
13 Apr 2021, 15:32:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322