UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JOSE A. DIAZ and          :   CHAPTER 13
         ALBANELIS DIAZ            :
            Debtor(s)              :
                                   :
         CHARLES J. DEHART, III    :
         STANDING CHAPTER 13 TRUSTEE :
            Movant                 :
                                   :
            vs.                    :
                                   :
         JOSE A. DIAZ and          :
         ALBANELIS DIAZ            :
            Respondent(s)          :   CASE NO.   5-21-bk-00538


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   19th   day of April, 2021, comes Charles J. DeHart, III, Standing
Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the
following reason(s):

        1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.

        2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

        a.  2020 Federal Income Tax return.
        b.  Last paystub dated May 30, 2021.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                        Respectfully submitted:


                        /s/Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this   22nd   day of April, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

                          /s/Deborah A. Behney
                          Office of Charles J. DeHart, III
                          Standing Chapter 13 Trustee2