United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jose A. Diaz  
Albanelis Diaz  
    Debtors

Case No. 21-00538-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Apr 21, 2021      Form ID: ntcnfhrg      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose A. Diaz, Albanelis Diaz, 206 Summerton Circle, East Stroudsburg, PA 18301-7075 |
| 5396395 | | ASSET RECOVERY SOLUTIONS, 220 E DEVON AVE STE 200, DES PLAINES, IL 60018-4501 |
| 5396397 | + | CARLOS DICOVSKY MD, 705 BROADWAY, PATERSON, NJ 07514-1425 |
| 5396401 | + | CREDIT CONTROL LLC, PO BOX 546, HAZELWOOD, MO 63042-0546 |
| 5396403 | + | EOS CCA, 700 LONGWATER DR, NORWELL, MA 02061-1624 |
| 5396404 | + | FEDERAL LOAN SERVICING CREDIT, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5396406 | + | FIRST BANK, PO BOX 77404, EWING, NJ 08628-6404 |
| 5403628 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5396409 | | LOGICOLL LLC, PO BOX 1479, LOMBARD, IL 60148-8479 |
| 5396410 | + | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5396411 | + | MONARCH RECOVERY MANAGEMENT, 3260 TILLMAN DRIVE STE 75, BENSALEM, PA 19020-2059 |
| 5396413 | | NATIONWIDE CREDIT INC, PO BOX 15130, WILMINGTON, DE 19850-5130 |
| 5396414 | | NORTHSTAR LOCATION SERVICES, FINANCIAL SERVICES DEPT, 4285 GENESEE STREET, BUFFALO, NY 14225-1943 |
| 5396415 | + | REMEX INC, 307 WALL STREET, PRINCETON, NJ 08540-1515 |
| 5396418 | + | THE BUREAUS INC, 1717 CENTRAL ST, EVANSTON, IL 60201-1507 |
| 5396420 | + | WENDY BOGART SHIFFER, TAX COLLECTOR, PO BOX 128, STROUDSBURG, PA 18360-0128 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2021 19:39:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5396392 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2021 18:59:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5396393 | | Email/Text: legal@arsnational.com | Apr 21 2021 18:59:00 | ARS NATIONAL SERVICES, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5396394 | | Email/Text: legal@arsnational.com | Apr 21 2021 18:59:00 | ARS NATL SERVICES INC, PO BOX 469100, ESCONDIDO, CA 92046-9100 |
| 5400032 | | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2021 18:59:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5396396 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 21 2021 19:16:28 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5396398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2021 19:16:24 | CITIBANK NA, PO BOX 769006, SAN ANTONIO, TX 78245-9006 |
| 5396399 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2021 18:59:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5396400 | + | Email/Text: clientservices@credit-control.com | Apr 21 2021 18:59:00 | CREDIT CONTROL LLC, 5757 PHANTOM DRIVE, SUITE 330, HAZELWOOD, MO 63042-2429 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5400001 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 21 2021 19:16:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5396402 | | Email/Text: mrdiscen@discover.com | Apr 21 2021 18:59:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5398930 | | Email/Text: mrdiscen@discover.com | Apr 21 2021 18:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5396405 | | Email/Text: data_processing@fin-rec.com | Apr 21 2021 18:59:00 | FINANCIAL RECOVERY SERVICES, PO BOX 385908, MINNEAPOLIS, MN 55438-5908 |
| 5396407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2021 19:16:17 | HOME DEPOT CREDIT SVCS, PO BOX 790328, SAINT LOUIS, MO 63179-0328 |
| 5396408 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 21 2021 19:16:14 | JPMCB CARD SERVICES, 301 N WALNUT STREET, FLOOR 09, WILMINGTON, DE 19801 |
| 5398038 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2021 19:16:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5396412 | + | Email/Text: MKnitter@monroecountypa.gov | Apr 21 2021 18:59:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 5401008 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 21 2021 18:59:00 | NPRTO New York, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5396416 | | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2021 19:16:27 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5397035 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2021 19:16:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5396417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2021 19:16:22 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5396419 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 21 2021 18:59:00 | VERIZON, 500 TECHNOLOGY DRIVE, WELDON SPRINGS, MO 63304-2225 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov DPugh@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor FIRSTBANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Albanelis Diaz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Jose A. Diaz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jose A. Diaz,
 aka Jose Ariel Diaz, aka Jose Diaz,

Chapter 13

**Debtor 1**

Case No. 5:21−bk−00538−HWV

Albanelis Diaz,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 27, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 3, 2021<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 21, 2021 |

ntcnfhrg (03/18)