UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSE A. DIAZ and ALBANELIS DIAZ<br>    Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| JOSE A. DIAZ and ALBANELIS DIAZ<br>    Respondent(s) | :<br>:<br>: CASE NO. 5-21-bk-00538 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 2nd day of June, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about April 22, 2021 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 2nd day of June, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Timothy Fisher, Esquire
P.O. Box 396
Gouldsboro, PA   18424

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee