# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** <br> JOSE A. DIAZ, and <br> ALBANELIS DIAZ, <br><br> **Debtor(s)** <br> SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR FIRSTBANK, <br><br> **Plaintiff(s)/Movant(s)** <br> vs. <br> JOSE A. DIAZ, <br> ALBANELIS DIAZ, and <br> JACK N. ZAHAROPOULOS, Trustee, <br><br> **Defendant(s)/Respondent(s)** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER __13__ <br><br> CASE NO. _5_-_21_-bk-_00538_ <br><br><br> ADVERSARY NO. ___-___-ap_____ <br> (if applicable) <br><br><br><br> Nature of Proceeding: Motion for <br><br> Pleading: Relief from Automatic Stay <br><br><br><br> Document #: 40 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    ☑ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 20, 2022      /s/ Keri P. Ebeck
                                     Attorney for Specialized Loan Servicing, LLC et al

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.