IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br><br>ALBANELIS DIAZ AND<br>JOSE A. DIAZ<br>aka JOSE ARIEL DIAZ<br>aka JOSE DIAZ<br>                Debtors<br><br>ALLY CAPITAL          Claimant | CASE NO.: 5:21-BK-00538-MJC<br><br>CHAPTER 13<br><br>Nature of Proceeding: Stipulation Resolving Ally Capital's Motion for Relief from Automatic Stay<br><br>Pleading: Ally Capital's Motion for Relief from Automatic Stay<br><br>Document#: 41 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☒ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 25, 2022                              /s/ Regina Cohen
                                                                   Regina Cohen Attorney for

                                                                    Ally Capital