## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jose A Diaz
Albanelis Diaz

Case No.: 5-21-00538 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Shellpoint |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 8904 |
| Property Address if applicable: | 206 Summerton Circle |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $39,283.58 |
| b. | Prepetition arrearages paid by the trustee: | $39,283.58 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $39,283.58 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: October 16, 2025

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jose A Diaz
     Albanelis Diaz

Case No.: 5-21-00538 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 16, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Vincent Rubino, Esquire
712 Monroe St
PO Box 511
Stroudsburg PA 18360-0511

**Served by First Class Mail**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

Jose A Diaz
Albanelis Diaz
206 Summerton Circle
East Stroudsburg PA 18301

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 16, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Case 5:21-bk-00538-MJC    Doc 64    Filed 10/16/25    Entered 10/16/25 07:14:29    Desc
Page 3 of 6

**Case:** 21-00538    **JOSE A. DIAZ**

**SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

**Acct No:** 8904 - PRE-ARREARS - 206 SU

PRE-ARREARS - 206 SUMMERTON CIRCLE

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

| | | | |
|---|---|---|---|
| Amt Sched: $171,662.00 | Debt: $39,283.58 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $39,283.58 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 07/22/2025 | 2049906 | $739.72 | $0.00 | $739.72 | 07/28/2025 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 06/17/2025 | 2048905 | $877.56 | $0.00 | $877.56 | 06/24/2025 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 05/14/2025 | 2047928 | $837.52 | $0.00 | $837.52 | 05/21/2025 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 04/14/2025 | 2046981 | $837.52 | $0.00 | $837.52 | 04/21/2025 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 03/18/2025 | 2046096 | $837.52 | $0.00 | $837.52 | 03/25/2025 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 02/19/2025 | 2045157 | $837.52 | $0.00 | $837.52 | 02/26/2025 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 01/15/2025 | 2044203 | $837.52 | $0.00 | $837.52 | 01/27/2025 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 12/17/2024 | 2043261 | $837.51 | $0.00 | $837.51 | 12/24/2024 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 11/19/2024 | 2042318 | $837.52 | $0.00 | $837.52 | 11/29/2024 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 10/23/2024 | 2041359 | $837.52 | $0.00 | $837.52 | 10/31/2024 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 09/17/2024 | 2040366 | $1,675.03 | $0.00 | $1,675.03 | 09/24/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 07/10/2024 | 2038454 | $837.51 | $0.00 | $837.51 | 08/02/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/18/2024 | 2037638 | $837.52 | $0.00 | $837.52 | 06/27/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 05/22/2024 | 2036745 | $837.51 | $0.00 | $837.51 | 06/06/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 04/17/2024 | 2035742 | $837.52 | $0.00 | $837.52 | 05/02/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 03/14/2024 | 2034777 | $837.51 | $0.00 | $837.51 | 03/29/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/14/2024 | 2033810 | $837.52 | $0.00 | $837.52 | 02/22/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/12/2024 | 2032867 | $837.52 | $0.00 | $837.52 | 01/26/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/19/2023 | 2031988 | $837.53 | $0.00 | $837.53 | 01/04/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/15/2023 | 2031024 | $837.51 | $0.00 | $837.51 | 11/21/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/18/2023 | 2030084 | $837.52 | $0.00 | $837.52 | 10/26/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/19/2023 | 2029110 | $881.20 | $0.00 | $881.20 | 09/29/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/09/2023 | 2028088 | $1,762.43 | $0.00 | $1,762.43 | 08/31/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/13/2023 | 2026176 | $881.22 | $0.00 | $881.22 | 06/23/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 05/16/2023 | 2025243 | $846.61 | $0.00 | $846.61 | 05/25/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 04/18/2023 | 2024251 | $846.63 | $0.00 | $846.63 | 05/02/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 03/15/2023 | 2023204 | $846.62 | $0.00 | $846.62 | 03/22/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/15/2023 | 2022205 | $846.62 | $0.00 | $846.62 | 02/24/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/18/2023 | 2021207 | $170.64 | $0.00 | $170.64 | 01/26/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/16/2022 | 2019247 | $861.30 | $0.00 | $861.30 | 12/20/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/18/2022 | 2018226 | $917.07 | $0.00 | $917.07 | 10/28/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/13/2022 | 2017147 | $967.37 | $0.00 | $967.37 | 09/20/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/17/2022 | 2016146 | $967.37 | $0.00 | $967.37 | 08/23/2022 |
| 520-0 | CENLAR FSB | | 07/13/2022 | 2014480 | $967.37 | $0.00 | $967.37 | 07/21/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CENLAR FSB | | 06/14/2022 | 2013518 | $900.31 | $0.00 | $900.31 | 06/21/2022 |
| 520-0 | CENLAR FSB | | 05/17/2022 | 2012446 | $900.32 | $0.00 | $900.32 | 05/25/2022 |
| 520-0 | CENLAR FSB | | 04/12/2022 | 2011397 | $900.31 | $0.00 | $900.31 | 04/21/2022 |
| 520-0 | CENLAR FSB | | 03/16/2022 | 2010374 | $900.31 | $0.00 | $900.31 | 03/23/2022 |
| 520-0 | CENLAR FSB | | 02/16/2022 | 2009406 | $900.32 | $0.00 | $900.32 | 02/24/2022 |
| 520-0 | CENLAR FSB | | 01/19/2022 | 2008397 | $900.31 | $0.00 | $900.31 | 01/27/2022 |
| 520-0 | CENLAR FSB | | 12/15/2021 | 2007380 | $900.31 | $0.00 | $900.31 | 12/28/2021 |
| 520-0 | CENLAR FSB | | 11/16/2021 | 2006353 | $432.26 | $0.00 | $432.26 | 11/23/2021 |
| 520-0 | CENLAR FSB | | 10/14/2021 | 2005307 | $900.31 | $0.00 | $900.31 | 10/26/2021 |
| 520-0 | CENLAR FSB | | 09/14/2021 | 2004313 | $909.00 | $0.00 | $909.00 | 09/22/2021 |
| 520-0 | CENLAR FSB | | 08/18/2021 | 2003254 | $609.74 | $0.00 | $609.74 | 08/30/2021 |
| | | | | Sub-totals: | $39,283.58 | $0.00 | $39,283.58 | |
| | | | | Grand Total: | $39,283.58 | $0.00 | | |