United States Bankruptcy Court

Middle District of Pennsylvania

In re:            Case No. 21-00538-MJC
Jose A. Diaz        Chapter 13
Albanelis Diaz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Oct 23, 2025      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose A. Diaz, Albanelis Diaz, 206 Summerton Circle, East Stroudsburg, PA 18301-7075 |
| cr | + | FirstBank, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing as, Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034 UNITED STATES 08034-2210 |
| 5396395 | | ASSET RECOVERY SOLUTIONS, 220 E DEVON AVE STE 200, DES PLAINES, IL 60018-4501 |
| 5396397 | + | CARLOS DICOVSKY MD, 705 BROADWAY, PATERSON, NJ 07514-1425 |
| 5396404 | + | FEDERAL LOAN SERVICING CREDIT, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5396406 | + | FIRST BANK, PO BOX 77404, EWING, NJ 08628-6404 |
| 5396420 | + | WENDY BOGART SHIFFER, TAX COLLECTOR, PO BOX 128, STROUDSBURG, PA 18360-0128 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 23 2025 22:40:00 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 23 2025 22:40:00 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Oct 23 2025 18:38:00 | FirstBank C/O Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Oct 23 2025 18:38:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | EDI: PRA.COM | Oct 23 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5396392 | + | EDI: GMACFS.COM | Oct 23 2025 22:40:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5396393 | | Email/Text: legal@arsnational.com | Oct 23 2025 18:38:00 | ARS NATIONAL SERVICES, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5396394 | | Email/Text: legal@arsnational.com | Oct 23 2025 18:38:00 | ARS NATL SERVICES INC, PO BOX 469100, ESCONDIDO, CA 92046-9100 |
| 5400032 | | EDI: GMACFS.COM | Oct 23 2025 22:40:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5422993 | + | EDI: AISACG.COM | Oct 23 2025 22:40:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5412082 | | EDI: Q3GTBI | Oct 23 2025 22:40:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5396396 | | EDI: CAPITALONE.COM | Oct 23 2025 22:40:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5407977 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 23 2025 18:38:00 | Cenlar FSB Attn: BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5396398 | + | EDI: CITICORP | Oct 23 2025 22:40:00 | CITIBANK NA, PO BOX 769006, SAN ANTONIO, TX 78245-9006 |
| 5396399 | | EDI: WFNNB.COM | Oct 23 2025 22:40:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5396400 | | Email/Text: correspondence@credit-control.com | Oct 23 2025 18:38:00 | CREDIT CONTROL LLC, 5757 PHANTOM DRIVE, SUITE 330, HAZELWOOD, MO 63042 |
| 5396401 | | Email/Text: correspondence@credit-control.com | Oct 23 2025 18:38:00 | CREDIT CONTROL LLC, PO BOX 546, HAZELWOOD, MO 63042 |
| 5400001 | | EDI: CAPITALONE.COM | Oct 23 2025 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5396402 | | EDI: DISCOVER | Oct 23 2025 22:40:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5398930 | | EDI: DISCOVER | Oct 23 2025 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5396403 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 23 2025 18:38:00 | EOS CCA, 700 LONGWATER DR, NORWELL, MA 02061-1624 |
| 5396405 | | Email/Text: data_processing@fin-rec.com | Oct 23 2025 18:38:00 | FINANCIAL RECOVERY SERVICES, PO BOX 385908, MINNEAPOLIS, MN 55438-5908 |
| 5396407 | + | EDI: CITICORP | Oct 23 2025 22:40:00 | HOME DEPOT CREDIT SVCS, PO BOX 790328, SAINT LOUIS, MO 63179-0328 |
| 5396408 | + | EDI: JPMORGANCHASE | Oct 23 2025 22:40:00 | JPMCB CARD SERVICES, 301 N WALNUT STREET, FLOOR 09, WILMINGTON, DE 19801-3971 |
| 5403628 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 23 2025 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5398038 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 18:41:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5396410 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2025 18:38:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5396411 | | Email/Text: compliance@monarchrm.com | Oct 23 2025 18:38:00 | MONARCH RECOVERY MANAGEMENT, 3260 TILLMAN DRIVE STE 75, BENSALEM, PA 19020 |
| 5396412 | + | Email/Text: MKnitter@monroecountypa.gov | Oct 23 2025 18:38:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 5406174 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2025 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5396413 | | Email/Text: bankruptcydepartment@tsico.com | Oct 23 2025 18:38:00 | NATIONWIDE CREDIT INC, PO BOX 15130, WILMINGTON, DE 19850-5130 |
| 5396414 | ^ | MEBN | Oct 23 2025 18:36:02 | NORTHSTAR LOCATION SERVICES, FINANCIAL SERVICES DEPT, 4285 GENESEE STREET, BUFFALO, NY 14225-1943 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5401008 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 23 2025 18:38:00 | NPRTO New York, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5630075 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 23 2025 18:38:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5630076 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 23 2025 18:38:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 5499827 | + | EDI: PENNDEPTREV | Oct 23 2025 22:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5411002 | | EDI: PRA.COM | Oct 23 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5396415 | + | Email/Text: clientservices@remexinc.com | Oct 23 2025 18:38:00 | REMEX INC, 307 WALL STREET, PRINCETON, NJ 08540-1515 |
| 5396416 | | EDI: SYNC | Oct 23 2025 22:40:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5487635 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 23 2025 18:38:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5487634 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 23 2025 18:38:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5397035 | + | EDI: PRA.COM | Oct 23 2025 22:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5396417 | + | EDI: CITICORP | Oct 23 2025 22:40:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5396418 | + | EDI: Q3GTBI | Oct 23 2025 22:40:00 | THE BUREAUS INC, 1717 CENTRAL ST, EVANSTON, IL 60201-1507 |
| 5411760 | ^ | MEBN | Oct 23 2025 18:36:09 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5524298 | + | Email/Text: EBN@edfinancial.com | Oct 23 2025 18:38:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5396419 | + | EDI: VERIZONCOMB.COM | Oct 23 2025 22:40:00 | VERIZON, 500 TECHNOLOGY DRIVE, WELDON SPRINGS, MO 63304-2225 |
| 5409560 | | EDI: AIS.COM | Oct 23 2025 22:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5396409 | ## | LOGICOLL LLC, PO BOX 1479, LOMBARD, IL 60148-8479 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for FirstBank apattison@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor FIRSTBANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for FirstBank kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Jose A. Diaz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Albanelis Diaz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Albanelis Diaz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Jose A. Diaz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 11

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose A. Diaz<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0939<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Albanelis Diaz<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8323<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21-bk-00538-MJC | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose A. Diaz
aka Jose Ariel Diaz, aka Jose Diaz

Albanelis Diaz

**By the court:**

10/23/25

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**