## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** FirstBank

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 9 0 4

**Property address:** 206 Summerton Circle
Number    Street

East Stroudsburg    PA    18301
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 19,607.94

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ -225.53 (suspense)

c. **Total**. Add lines a and b. (c) $ 19,382.41

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 09 / 01 / 2024
MM / DD / YYYY

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Elizabeth K. Holdren
Signature

Date  11 / 06 / 2025

Print  Elizabeth K. Holdren
First Name        Middle Name        Last Name

Title  Authorized Agent

Company  Hill Wallack LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address  21 Roszel Road, P.O. Box 5226
Number        Street

Princeton        NJ        08543
City        State        ZIP Code

Contact phone  ( 609 ) 734 – 6345

Email  eholdren@hillwallack.com

Case 5:21-bk-00538-MJC    Doc 70    Filed 11/06/25    Entered 11/06/25 15:10:55    Desc
Main Document    Page 2 of 4

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| Agreed Order Brought account due for 11/1/2022 | | | | | |
| 11/1/2022 | 11/1/2022 | $1,400.00 | $1,381.32 | $ 18.68 | $ 18.68 |
| 12/1/2022 | 12/6/2022 | $1,400.00 | $1,381.32 | $ 18.68 | $ 37.36 |
| | 1/12/2023 | $1,300.00 | | $ 1,300.00 | $ 1,337.36 |
| 1/1/2023 | 2/9/2023 | $1,300.00 | $1,381.32 | $ (81.32) | $ 1,256.04 |
| 2/1/2023 | 3/13/2023 | $1,300.00 | $1,381.32 | $ (81.32) | $ 1,174.72 |
| 3/1/2023 | 4/17/2023 | $1,300.00 | $1,381.32 | $ (81.32) | $ 1,093.40 |
| 4/1/2023 | 5/23/2023 | $1,300.00 | $1,381.28 | $ (81.28) | $ 1,012.12 |
| 5/1/2023 | 6/26/2023 | $2,486.14 | $1,283.70 | $ 1,202.44 | $ 2,214.56 |
| 6/1/2023 | | | $1,283.70 | $ (1,283.70) | $ 930.86 |
| 7/1/2023 | 7/6/2023 | $1,243.07 | $1,283.70 | $ (40.63) | $ 890.23 |
| 8/1/2023 | 8/1/2023 | $1,300.00 | $1,283.70 | $ 16.30 | $ 906.53 |
| 9/1/2023 | 9/19/2023 | $1,300.00 | $1,283.70 | $ 16.30 | $ 922.83 |
| 10/1/2023 | 10/23/2023 | $1,300.00 | $1,283.70 | $ 16.30 | $ 939.13 |
| 11/1/2023 | 11/22/2023 | $1,300.00 | $1,283.70 | $ 16.30 | $ 955.43 |
| 12/1/2023 | 2/6/2024 | $1,300.00 | $1,283.70 | $ 16.30 | $ 971.73 |
| 1/1/2024 | 3/4/2024 | $1,300.00 | $1,297.03 | $ 2.97 | $ 974.70 |
| 2/1/2024 | 3/26/2024 | $1,300.00 | $1,297.03 | $ 2.97 | $ 977.67 |
| 3/1/2024 | 5/28/2024 | $1,300.00 | $1,297.03 | $ 2.97 | $ 980.64 |
| 4/1/2024 | 11/2/2024 | $1,310.00 | $1,297.03 | $ 12.97 | $ 993.61 |
| 5/1/2024 | 12/6/2024 | $1,310.00 | $1,297.03 | $ 12.97 | $ 1,006.58 |
| 6/1/2024 | 4/27/2025 | $1,310.00 | $1,297.03 | $ 12.97 | $ 1,019.55 |
| 7/1/2024 | 8/22/2025 | $1,310.00 | $1,297.03 | $ 12.97 | $ 1,032.52 |
| Creditor Funds | | $409.04 | $0.00 | 490.04 | $ 1,522.56 |
| 8/1/2024 | | | $1,297.03 | $ (1,297.03) | $ 225.53 |
| 9/1/2024 | | | $1,297.03 | $ (1,297.03) | $ (1,071.50) |
| 10/1/2024 | | | $1,297.03 | $ (1,297.03) | $ (2,368.53) |
| 11/1/2024 | | | $1,308.76 | $ (1,308.76) | $ (3,677.29) |
| 12/1/2024 | | | $1,308.76 | $ (1,308.76) | $ (4,986.05) |
| 1/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (6,294.81) |
| 2/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (7,603.57) |
| 3/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (8,912.33) |
| 4/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (10,221.09) |
| 5/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (11,529.85) |
| 6/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (12,838.61) |
| 7/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (14,147.37) |
| 8/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (15,456.13) |
| 9/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (16,764.89) |
| 10/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (18,073.65) |
| 11/1/2025 | | | $1,308.76 | $ (1,308.76) | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| | | | | $ - | $ (19,382.41) |
| 37 | 21 | $ 29,078.25 | $ 48,541.66 | $ (19,463.41) | $ (19,382.41) |

| Loan Number | |
|---|---|
| Debtor | Jose A. Diaz aka Jose Ariel Diaz aka Jose Diaz and Albanelis Diaz |
| BK filed date | 3/19/2021 |
| BK Case # | 5:21-bk-00538-MJC |
| Post Next Due | 9/1/2024 |
| Suspense | $ 225.53 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 9/1/2024 - 10/1/2024 | $1,297.03 | 2 | $ 2,594.06 |
| 11/1/2024 - 11/1/2025 | $1,308.76 | 13 | $ 17,013.88 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 19,607.94 |
| | | Less Unapplied | $ 225.53 |
| | | Total to bring current | $ 19,382.41 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Wilkes-Barre)**

IN RE:

**Jose A. Diaz aka Jose Ariel Diaz aka Jose Diaz**

**Albanelis Diaz**

      Debtor(s).

CHAPTER 13

CASE NO.: 5:21-bk-00538-MJC

**CERTIFICATE OF SERVICE**

      I hereby certify that service was made upon all interested parties, indicated below of Response to Notice of Final Cure of FirstBank on November 6, 2025:

Jose A. Diaz
Jose Ariel Diaz
Jose Diaz
206 Summerton Circle
East Stroudsburg, PA 18301
**Debtor**
**Via Regular Mail**

Albanelis Diaz
206 Summerton Circle
East Stroudsburg, PA 18301
**Debtor**
**Via Regular Mail**

Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360
**Counsel for Debtor**
**Via ECF**

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
**Counsel for Debtor**
**Via ECF**

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**United States Trustee**
**Via ECF**

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Chapter 13 Trustee**
**Via ECF**

By: */s/ Olivia L. Gilbert*