United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Jose A. Diaz<br>Albanelis Diaz<br>    Debtors | Case No. 21-00538-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 12, 2025 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose A. Diaz, Albanelis Diaz, 206 Summerton Circle, East Stroudsburg, PA 18301-7075 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Unterlack | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for FirstBank aunterlack@hillwallack.com |
| Angela C. Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for FirstBank apattison@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor FIRSTBANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC, as Servicing Agent for FirstBank kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

Monroe County Tax Claim Bureau
TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

Regina Cohen
on behalf of Creditor Ally Capital rcohen@lavin-law.com

Robert J Kidwell, III
on behalf of Debtor 2 Albanelis Diaz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Robert J Kidwell, III
on behalf of Debtor 1 Jose A. Diaz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 2 Albanelis Diaz
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
on behalf of Debtor 1 Jose A. Diaz
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jose A. Diaz,<br>aka Jose Ariel Diaz, aka Jose Diaz, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00538−MJC |
| Albanelis Diaz, | |
| **Debtor 2** | |

Social Security No.:
      xxx−xx−0939      xxx−xx−8323

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 12, 2025

**fnldec** (01/22)