# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Albanelis Diaz<br>Jose A. Diaz aka Jose Ariel Diaz aka Jose Diaz<br>                                      Debtor(s)<br><br>**FirstBank**<br>                                      Movant<br>vs.<br><br>**Albanelis Diaz**<br>**Jose A. Diaz aka Jose Ariel Diaz aka Jose Diaz**<br>                                      Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                                      Trustee | BK NO. 21-00538 HWV<br><br>Chapter 13<br><br>Related to Claim No. 10 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 16, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Albanelis Diaz
206 Summerton Circle
East Stroudsburg, PA 18301

Jose A. Diaz aka Jose Ariel Diaz aka Jose Diaz
206 Summerton Circle
East Stroudsburg, PA 18301

Attorney for Debtor(s)
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 16, 2021</u>

                                                                **/s/Rebecca A. Solarz, Esquire**
                                                                 Rebecca A. Solarz, Esquire
                                                                 KML Law Group, P.C.
                                                                 BNY Mellon Independence Center
                                                                 701 Market Street, Suite 5000
                                                                 Philadelphia, PA 19106
                                                                 215-825-6327
                                                                 rsolarz@kmllawgroup.com